

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00837-CR; 04-14-00121-CR & 04-14-00122-CR

Dorin James **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR8371B; 2012CR8370B & 2012CR8372B
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED October 29, 2014.

Sandee Bryan Marion, Justice